**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GOVERNORWAYNE2012.INFOADOPTIONIN60DAYS.COM,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**INTUIT INC.** *et al.*,<br><br>　　　　Defendant(s). | Case No.: 13-CV-01967 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEE** |

On May 13, 2013, the Court issued an Amended Order Denying Plaintiff's Application to Proceed *in Forma Pauperis*. (*See* Dkt. No. 8.) The Court is in receipt of a Letter regarding that Order (Dkt. No. 9), which the Court construes as a request for reconsideration. Reconsideration is **DENIED**. The Plaintiff is a website, which must be represented by an attorney, and which is not eligible to proceed *in forma pauperis*.

Plaintiff was required to pay the filing fee no later than June 7, 2013. Plaintiff was warned that failure to pay the filing fee by that date would result in dismissal of this action without prejudice. Plaintiff did not pay the filing fee.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. Plaintiff can refile the action when it secures the funds.

Plaintiff's Motion for Leave to File Documents Electronically (Dkt. No. 3) is **DENIED AS MOOT**.

This terminates Dkt. No. 3.

**IT IS SO ORDERED.**
**Date: June 28, 2013**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**